# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS MCNELLEY<br>and<br>KAREN PARIS,<br><br>        Plaintiffs,<br><br>  v.<br><br>7-ELEVEN, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  **C.A. NO. 1:22-CV-10046-ADB**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF WALTER H. JACOBS, ESQUIRE IN SUPPORT OF PLAINTIFFS'
MOTION FOR ATTORNEYS' FEES AND COSTS**

I, Walter H. Jacobs, being duly sworn, depose and say:

1. I submit this Affidavit and provide a description of my legal experience and my hourly rate attributable to this action in support of my Plaintiffs' Motion for Attorneys' Fees and Costs.

2. I make this affidavit on personal knowledge.

3. I reside in North Andover, Massachusetts 01845.

4. I am a cum laude graduate of the Massachusetts School of Law.

5. I practice law under the firm name W. Jacobs and Associates at Law, L.L.C located at 795 Turnpike Road, North Andover, Massachusetts 01845.

6. During the course of my representation of the Plaintiff, I have been the Managing Member at W. Jacobs and Associates at Law, LLC located at 795 Turnpike Street, North Andover, Massachusetts 01845.

7. I was admitted to practice before the Massachusetts Supreme Judicial Court on June 23, 2008, the United States District Court for the District of Massachusetts in August 2008, and the United States Appeals Court for the First Circuit in August 2008.

8. I am currently in good standing before all the courts referenced above and eligible to practice before them.

9. I have mainly engaged in the general practice of law in both federal and Massachusetts state courts including the representation of individuals in complex civil litigation, discrimination claims in employment and housing, employment disputes, wage disputes, breach of contract, personal injury claims, domestic relations, will challenges, District and Superior Court criminal defense, violation of Mass. Gen. Laws ch. 93A, specific performance claims, medical malpractice, landlord-tenant disputes, real estate subdivision litigation, easement rights, and derivative actions in condominium litigation.

10. In addition to class action lawsuits, I have served as plaintiff's or defendant's counsel in numerous civil litigation matters including the following notable prior actions: (i) a successful wrongful death action against a substance abuse clinic arising out of a three-car motor vehicle accident, (ii) successful defense of an attorney's breach of contract lawsuit and successful counterclaim plus a successful related third party complaint for breach of contract resulting in a half million dollar judgment.

11. Throughout my representation in this case, my hourly rate for legal services in civil litigation matters of this type has been $400.00 per hour and has been accepted in full as reasonable by courts in attorney fee petitions in other litigations.

12. Attorney Alexandria A. Jacobs' usual fee for legal services during this time period was $325.00 per hour.

2

13. I have been an attorney of record for the Plaintiff in the above-captioned action from the beginning of the case.

14. I assert that the rate is reasonable given my education, background and experience in civil litigation, experience in representing individuals and business entities in tort, contract and consumer protection actions, as well as the hourly rates of similarly experienced litigation attorneys' in Massachusetts performing comparable legal services in the greater Boston area.

15. Case law directs that the Petition for Fees should be heard with respect to the fees charged in the area in which the Court sits, not the location of the firm itself. *Astro-Med v. Plant*. 250 F.R.D. 28 *1; 2008 U.S. Dist. LEXIS 27249; *Alfonso v. Aufiero*, 66 F. Supp. 2d 183, 197 (D. Mass., 1999) (discussing *Nat'l Wildlife Fed'n v. Hanson*, 859 F.2d 313, 317 (4 Cir. 1998)); *Stokes v. Saga Intern. Holidays, Ltd*., 376 F. Supp. 2d 86. 92 (D. Mass. 2005).

16. As is demonstrated from the case files, my legal work has required an extensive understanding of civil procedure rules, experience with motion practice, the ability to identify and pursue multiple legal issues, the development and implementation of litigation strategy and the successful preparation for and conduct of trial.

17. The total time the firm expended for efforts related to representation of the Plaintiff is over 150 hours.

18. Counsel have also incurred certified mailing and court filing/summons costs that were not paid by the Plaintiff.

19. My reasonable fees from my firm in relation to the case for over 150 hours at $400 per hour are as detailed in my contemporaneous billing hours attached hereto. *See* Ex. A, Bill.

20. My firm's actual costs for the case are as detailed in my contemporaneous billing hours attached hereto. *See* Ex. A, Bill.

21. The total of fees and costs is as detailed in my contemporaneous billing hours attached hereto. *See* Ex. A, Bill.

22. A public service has been achieved by making the Defendant understand that disabled members of the public must be treated fairly in places of public accommodation; and that the Defendant flaunts the law at its own peril—not at the expense of the Plaintiff or Plaintiff's counsel.

Signed under the pains and penalties of perjury this 31st day of March 2024.

*/s/ Walter H. Jacobs*
_____
WALTER H. JACOBS, ESQUIRE
Mass. BBO 672106
795 Turnpike Road
North Andover, MA 01845

4

# EXHIBIT A

**W. Jacobs and Associates at Law, L.L.C**
795 Turnpike Street
North Andover, MA 01845

# Invoice

| | |
|---:|:---|
| **Invoice #:** | 182 |
| **Invoice Date:** | 4/3/2024 |
| **Due Date:** | 5/3/2024 |
| **Project:** | 7-11 |
| **P.O. Number:** | |

**Bill To:**

Karen Paris

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 09-08-20 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 09-08-20 Review Client Rebuttal | 0.2 | 400.00 | 80.00 |
| 09-08-20 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 09-09-20 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 09-09-20 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 09-26-20 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 10-10-20 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 10-10-20 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 10-11-20 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 10-11-20 Review 7-Eleven MCAD Position State | 0.2 | 400.00 | 80.00 |
| 10-18-20 Review 7 Eleven Receipts | 0.1 | 400.00 | 40.00 |
| 10-18-20 Review E-mails between MCAD and Client | 0.1 | 400.00 | 40.00 |
| 10-18-20 Review MCAD Records-Complaint Client | 0.1 | 400.00 | 40.00 |
| 10-18-20 7 Eleven Position Statement | 0.1 | 400.00 | 40.00 |
| 10-18-20 Review Client Notes-Sketch | 0.1 | 400.00 | 40.00 |
| 10-18-20 Review MCAD Records-Complaint | 0.4 | 400.00 | 160.00 |
| 03-15-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 03-15-21 Review POA | 0.1 | 400.00 | 40.00 |
| 03-16-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 03-20-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 07-16-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 07-17-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 07-30-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 07-30-21 Review Store Videos | 0.2 | 400.00 | 80.00 |
| 07-30-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 07-30-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 07-30-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 07-30-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 07-30-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 07-30-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 07-30-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 07-30-21 E-mail from Client | 0.1 | 400.00 | 40.00 |

**Total**

**Payments/Credits**

**Balance Due**

**W. Jacobs and Associates at Law, L.L.C**
795 Turnpike Street
North Andover, MA 01845

# Invoice

| | |
|---:|:---|
| **Invoice #:** | 182 |
| **Invoice Date:** | 4/3/2024 |
| **Due Date:** | 5/3/2024 |
| **Project:** | 7-11 |
| **P.O. Number:** | |

**Bill To:**

Karen Paris

| Description | Hours/Qty | Rate | Amount |
|:---|---:|---:|---:|
| 07-30-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 07-31-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-02-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-02-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-02-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-03-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 08-03-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-02-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-02-21 Review 7-Eleven Receipt | 0.1 | 400.00 | 40.00 |
| 08-04-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-04-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-04-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-04-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-04-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-05-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-08-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-10-21 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 08-10-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-10-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-12-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-13-21 Draft noticed of Appearance | 0.1 | 400.00 | 40.00 |
| 08-13-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 08-13-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-13-21 E-mail to MCAD | 0.1 | 400.00 | 40.00 |
| 08-13-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 08-13-21 E-mail from Michael Orr server | 0.1 | 400.00 | 40.00 |
| 08-13-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-16-21 Phone call with Michael Orr | 0.1 | 400.00 | 40.00 |
| 08-16-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-16-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-16-21 Phone call with Michael Orr | 0.1 | 400.00 | 40.00 |
| 08-16-21 Phone call with Michael Orr | 0.1 | 400.00 | 40.00 |
| 08-16-21 Phone call with Client | 0.4 | 400.00 | 160.00 |
| 08-16-21 Phone call with Michael Orr | 0.1 | 400.00 | 40.00 |

| | |
|:---|:---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**W. Jacobs and Associates at Law, L.L.C**
795 Turnpike Street
North Andover, MA 01845

# Invoice

| | |
|---|---|
| **Invoice #:** | 182 |
| **Invoice Date:** | 4/3/2024 |
| **Due Date:** | 5/3/2024 |
| **Project:** | 7-11 |
| **P.O. Number:** | |

**Bill To:**

Karen Paris

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 08-16-21 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 08-16-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-16-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-16-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-16-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 08-16-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-16-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 08-16-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-17-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-17-21 Review Client Original Complaint | 0.1 | 400.00 | 40.00 |
| 08-17-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-17-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-17-21 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 08-17-21 Phone call with Client | 0.3 | 400.00 | 120.00 |
| 08-17-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-20-21 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 08-20-21 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 08-20-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-20-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-21-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-22-21 Draft response Mcnelly | 3.4 | 400.00 | 1,360.00 |
| 08-22-21 Draft response Client | 1.4 | 400.00 | 560.00 |
| 08-22-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-22-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-22-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 08-22-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-22-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-23-21 Phone call with Client | 0.2 | 400.00 | 80.00 |
| 08-23-21 Revise Client Response | 0.1 | 400.00 | 40.00 |
| 08-23-21 E-mail to Michael Orr-MCAD | 0.1 | 400.00 | 40.00 |
| 08-23-21 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 08-23-21 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 08-23-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 08-23-21 E-mail from Orr | 0.1 | 400.00 | 40.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**W. Jacobs and Associates at Law, L.L.C**
795 Turnpike Street
North Andover, MA 01845

# Invoice

**Invoice #:** 182
**Invoice Date:** 4/3/2024
**Due Date:** 5/3/2024
**Project:** 7-11
**P.O. Number:**

**Bill To:**

Karen Paris

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 08-23-21 Review letter from Orr Client | 0.1 | 400.00 | 40.00 |
| 08-23-21 E-mail from Orr | 0.1 | 400.00 | 40.00 |
| 08-23-21 Review letter from Orr Client | 0.1 | 400.00 | 40.00 |
| 08-23-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 08-23-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-23-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 08-23-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-23-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 08-23-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-24-21 Draft letter to MCAD | 1.4 | 400.00 | 560.00 |
| 08-24-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 08-24-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-24-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 08-24-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-24-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 08-24-21 E-mail to MCAD | 0.1 | 400.00 | 40.00 |
| 08-24-21 Phone call with Client | 0.6 | 400.00 | 240.00 |
| 08-24-21 E-mail from Michael Orr | 0.1 | 400.00 | 40.00 |
| 08-24-21 Review letter from Michael Orr | 0.1 | 400.00 | 40.00 |
| 08-24-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 08-24-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 08-26-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 09-02-21 E-mail from Michael Orr | 0.1 | 400.00 | 40.00 |
| 09-02-21 Review letter from Michael Orr | 0.1 | 400.00 | 40.00 |
| 09-02-21 Review Video Files | 0.1 | 400.00 | 40.00 |
| 09-17-21 E-mail from Michael Orr | 0.1 | 400.00 | 40.00 |
| 09-17-21 Review letter to MCAD Client | 0.1 | 400.00 | 40.00 |
| 09-17-21 Review Mot Appear PHV Client | 0.1 | 400.00 | 40.00 |
| 09-17-21 E-mail from Michael Orr | 0.1 | 400.00 | 40.00 |
| 09-17-21 Review letter to MCAD | 0.1 | 400.00 | 40.00 |
| 09-17-21 Draft opposition Mot PHV | 1.4 | 400.00 | 560.00 |
| 09-17-21 Draft Affidavit Walter Jacobs opposition PHV Michael Orr | 0.2 | 400.00 | 80.00 |
| 09-17-21 Draft opposition Mot PHV | 0.2 | 400.00 | 80.00 |

**Total**

**Payments/Credits**

**Balance Due**

**W. Jacobs and Associates at Law, L.L.C**
795 Turnpike Street
North Andover, MA 01845

# Invoice

| | |
|---|---|
| **Invoice #:** | 182 |
| **Invoice Date:** | 4/3/2024 |
| **Due Date:** | 5/3/2024 |
| **Project:** | 7-11 |
| **P.O. Number:** | |

**Bill To:**

Karen Paris

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 09-17-21 Draft Affidavit Walter Jacobs opposition PHV Michael Orr | 0.1 | 400.00 | 40.00 |
| 09-17-21 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |
| 09-17-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 09-17-21 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |
| 09-17-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 09-18-21 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |
| 09-18-21 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |
| 09-18-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 09-18-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 09-18-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 09-18-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 09-18-21 Phone call with Client | 0.9 | 400.00 | 360.00 |
| 09-18-21 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |
| 09-18-21 Draft Complaint | 3.6 | 400.00 | 1,440.00 |
| 09-18-21 Phone call with Michael Orr | 0.5 | 400.00 | 200.00 |
| 09-21-22 Review letter from MCAD | 0.1 | 400.00 | 40.00 |
| 09-23-21 Phone call with Client | 0.5 | 400.00 | 200.00 |
| 09-26-21 Draft Complaint | 2 | 400.00 | 800.00 |
| 09-26-21 Draft Civil Action Cover Sheet | 0.2 | 400.00 | 80.00 |
| 09-26-21 Draft Special Process Server | 0.1 | 400.00 | 40.00 |
| 09-26-21 E-file Complaint-Special Process server-Civil Action Cover Sheet | 0.2 | 400.00 | 80.00 |
| 09-26-21 Filing Fee $315.87 | | 315.87 | 315.87 |
| 09-26-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 09-26-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 09-26-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 09-26-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 09-26-21 Phone call with Client | 0.2 | 400.00 | 80.00 |
| 09-26-21 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 09-26-21 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 09-27-21 Draft 93A | 1.2 | 400.00 | 480.00 |
| 09-26-21 ECF Notice Comp-Special Process Server-Civil Action Cover Sheet sib | 0.1 | 400.00 | 40.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**W. Jacobs and Associates at Law, L.L.C**
795 Turnpike Street
North Andover, MA 01845

# Invoice

**Invoice #:** 182
**Invoice Date:** 4/3/2024
**Due Date:** 5/3/2024
**Project:** 7-11
**P.O. Number:**

**Bill To:**

Karen Paris

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 09-27-21 ECF Notice Comp-Special Process Server-Civil Action Cover Sheet accepted | 0.1 | 400.00 | 40.00 |
| 09-27-21 Review Tracking Order | 0.1 | 400.00 | 40.00 |
| 09-27-21 Review Mot Special Process Server allowed | 0.1 | 400.00 | 40.00 |
| 09-28-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 09-28-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 09-28-21 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |
| 09-28-21 Phone call with Michael Orr | 0.1 | 400.00 | 40.00 |
| 09-28-21 E-mail from Michael Orr | 0.1 | 400.00 | 40.00 |
| 09-29-21 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |
| 09-29-21 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |
| 09-30-21 Phone call with Client | 0.6 | 400.00 | 240.00 |
| 09-30-21 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 09-30-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 09-30-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 09-30-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 10-03-21 Notice Mot Special Process Server allowed | 0.1 | 400.00 | 40.00 |
| 10-03-21 Complete Summonses | 0.2 | 400.00 | 80.00 |
| 10-04-21 Draft POD x2 | 0.9 | 400.00 | 360.00 |
| 10-04-21 Draft interrogatories x2 | 0.5 | 400.00 | 200.00 |
| 10-04-21 Draft admissions x2 | 0.2 | 400.00 | 80.00 |
| 10-04-21 Review letter from MCAD re Delays Client | 0.1 | 400.00 | 40.00 |
| 10-04-21 Review letter from MCAD re Delays Mcnelly | 0.1 | 400.00 | 40.00 |
| 10-04-21 Phone call with Client | 0.3 | 400.00 | 120.00 |
| 10-04-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 10-04-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 10-05-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 10-05-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 10-12-21 E-mail from MCAD | 0.1 | 400.00 | 40.00 |
| 10-12-21 E-mail to MCAD | 0.1 | 400.00 | 40.00 |
| 10-15-21 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |
| 10-18-21 E-mail from Michael Orr | 0.1 | 400.00 | 40.00 |
| 10-18-21 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |
| 10-18-21 E-mail from Server | 0.1 | 400.00 | 40.00 |

**Total**

**Payments/Credits**

**Balance Due**

**W. Jacobs and Associates at Law, L.L.C**
795 Turnpike Street
North Andover, MA 01845

# Invoice

**Invoice #:** 182
**Invoice Date:** 4/3/2024
**Due Date:** 5/3/2024
**Project:** 7-11
**P.O. Number:**

**Bill To:**

Karen Paris

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 10-18-21 E-mail from Server | 0.1 | 400.00 | 40.00 |
| 10-21-21 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 10-29-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 10-29-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 10-29-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 10-29-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 10-29-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 11-08-21 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 11-15-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 11-15-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 11-15-21 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |
| 11-15-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 11-16-21 E-mail from Michael Orr | 0.1 | 400.00 | 40.00 |
| 11-16-21 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |
| 11-16-21 Draft First Amended Complaint | 0.6 | 400.00 | 240.00 |
| 11-16-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 11-16-21 Revise POD-Admissions-interrogatories | 0.3 | 400.00 | 120.00 |
| 11-16-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 11-16-21 E-file First Amended Complaint | 0.1 | 400.00 | 40.00 |
| 11-16-21 ECF Notice First Amended Complaint sub | 0.1 | 400.00 | 40.00 |
| 11-16-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 11-16-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 11-16-21 ECF Notice First Amended Complaint served | 0.1 | 400.00 | 40.00 |
| 11-16-21 ECF Notice First Amended Complaint accepted | 0.1 | 400.00 | 40.00 |
| 11-16-21 Review First Amended Complaint filed | 0.1 | 400.00 | 40.00 |
| 11-16-21 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |
| 11-16-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 11-21-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 11-23-21 E-mail from Michael Orr | 0.1 | 400.00 | 40.00 |
| 11-23-21 E-mail from Michael Orr | 0.1 | 400.00 | 40.00 |
| 11-23-21 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |
| 11-24-21 Phone call with Michael Orr | 0.1 | 400.00 | 40.00 |
| 11-24-21 Phone call with Michael Orr | 0.1 | 400.00 | 40.00 |
| 11-24-21 Phone call with Michael Orr | 0.2 | 400.00 | 80.00 |

**Total**

**Payments/Credits**

**Balance Due**

**W. Jacobs and Associates at Law, L.L.C**
795 Turnpike Street
North Andover, MA 01845

# Invoice

**Invoice #:** 182
**Invoice Date:** 4/3/2024
**Due Date:** 5/3/2024
**Project:** 7-11
**P.O. Number:**

**Bill To:**

Karen Paris

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 11-26-21 E-mail from MCAD | 0.1 | 400.00 | 40.00 |
| 11-27-21 E-mail to MCAD | 0.1 | 400.00 | 40.00 |
| 11-27-21 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 11-27-21 Phone call with Client | 0.9 | 400.00 | 360.00 |
| 11-27-21 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 11-27-21 Draft Mot Leave Amend Second Amended Complaint, Second Amended Complaint | 1.3 | 400.00 | 520.00 |
| 11-27-21 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |
| 11-27-21 Complete MCAD Withdrawal Client | 0.1 | 400.00 | 40.00 |
| 11-27-21 Complete MCAD Withdrawal Mcnelly | 0.1 | 400.00 | 40.00 |
| 11-27-21 E-mail from Client | 0 | 400.00 | 0.00 |
| 11-27-21 E-mail from Client | 0 | 400.00 | 0.00 |
| 11-28-21 E-mail from Client | 0 | 400.00 | 0.00 |
| 11-29-21 E-mail from Michael Orr | 0.1 | 400.00 | 40.00 |
| 11-29-21 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |
| 12-13-21 E-mail from Michael Orr | 0.1 | 400.00 | 40.00 |
| 12-13-21 Review Notice Appear Lauren Solar | 0.1 | 400.00 | 40.00 |
| 12-13-21 Review Notice Accept Summons | 0.1 | 400.00 | 40.00 |
| 12-13-21 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |
| 12-13-21 E-mail from Michael Orr | 0.1 | 400.00 | 40.00 |
| 12-13-21 E-mail to Lauren Solar | 0.1 | 400.00 | 40.00 |
| 12-13-21 Phone call with Lauren Solar | 0.2 | 400.00 | 80.00 |
| 12-13-21 Revise Mot Leave Amend | 0.1 | 400.00 | 40.00 |
| 12-13-21 Revise Second Amended Complaint | 0.1 | 400.00 | 40.00 |
| 12-13-21 E-file Mot Leave Amend & Ex Second Amended Complaint | 0.1 | 400.00 | 40.00 |
| 12-13-21 ECF Notice Mot Leave Amend sub | 0.1 | 400.00 | 40.00 |
| 12-13-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 12-13-21 E-mail to Michael Orr-Lauren Solar | 0.1 | 400.00 | 40.00 |
| 12-13-21 Revise Disc | 0.1 | 400.00 | 40.00 |
| 12-13-21 E-mail to Michael Orr-Lauren Solar | 0.1 | 400.00 | 40.00 |
| 12-13-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 12-13-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 12-13-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 12-13-21 E-mail to Client | 0.1 | 400.00 | 40.00 |

**Total**

**Payments/Credits**

**Balance Due**

**W. Jacobs and Associates at Law, L.L.C**
795 Turnpike Street
North Andover, MA 01845

# Invoice

**Invoice #:** 182
**Invoice Date:** 4/3/2024
**Due Date:** 5/3/2024
**Project:** 7-11
**P.O. Number:**

**Bill To:**

Karen Paris

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 12-13-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 12-13-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 12-13-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 12-13-21 Phone call with Client | 0.2 | 400.00 | 80.00 |
| 12-13-21 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |
| 12-14-21 ECF Notice Mot Leave Amend served | 0.1 | 400.00 | 40.00 |
| 12-14-21 ECF Notice Mot Leave Amend accepted | 0.1 | 400.00 | 40.00 |
| 12-14-21 Review Mot Leave Amend & Second Amended Complaint | 0.1 | 400.00 | 40.00 |
| 12-14-21 E-mail from Michael Orr | 0.1 | 400.00 | 40.00 |
| 12-14-21 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |
| 12-16-21 Review Court Notice Second Amended Complaint allowed | 0.1 | 400.00 | 40.00 |
| 12-16-21 Review Docket | 0.1 | 400.00 | 40.00 |
| 12-22-21 E-mail from Lauren Solar | 0.1 | 400.00 | 40.00 |
| 12-22-21 Review Mot PHV | 0.1 | 400.00 | 40.00 |
| 12-22-21 E-mail to Lauren Solar | 0.1 | 400.00 | 40.00 |
| 12-22-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 12-22-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 12-22-21 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 12-22-21 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 12-23-21 Review Client Files 8-8-21 | 0.3 | 400.00 | 120.00 |
| 01-13-22 E-mail from Lauren Solar | 0.1 | 400.00 | 40.00 |
| 01-13-22 Review Notice of Removal | 0.5 | 400.00 | 200.00 |
| 01-13-22 E-mail to Lauren Solar | 0.1 | 400.00 | 40.00 |
| 01-13-22 Phone call with Client | 0.7 | 400.00 | 280.00 |
| 01-13-22 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 01-13-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 01-13-22 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 01-13-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 01-13-22 E-mail to Attorney A. Jacobs | 0.1 | 400.00 | 40.00 |
| 01-14-22 ECF Notice Civil Action Cover Sheet-Category Sheet | 0.1 | 400.00 | 40.00 |
| 01-14-22 Review Civil Action Cover sheet-Category Sheet | 0.1 | 400.00 | 40.00 |
| 01-14-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 01-14-22 Review Class Action Article | 0.1 | 400.00 | 40.00 |
| 01-14-22 E-mail from Client | 0.1 | 400.00 | 40.00 |

**Total**

**Payments/Credits**

**Balance Due**

**W. Jacobs and Associates at Law, L.L.C**
795 Turnpike Street
North Andover, MA 01845

# Invoice

|  |  |
|---|---|
| **Invoice #:** | 182 |
| **Invoice Date:** | 4/3/2024 |
| **Due Date:** | 5/3/2024 |
| **Project:** | 7-11 |
| **P.O. Number:** | |

**Bill To:**

Karen Paris

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 01-14-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 01-14-22 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 01-14-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 01-14-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 01-14-22 E-mail from Atty Colella | 0.1 | 400.00 | 40.00 |
| 01-14-22 Review Badger v. Four Corners | 0.3 | 400.00 | 120.00 |
| 01-15-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 01-16-22 E-mail to Attorney A. Jacobs | 0.1 | 400.00 | 40.00 |
| 01-18-22 ECF Notice Judicial Assign | 0.1 | 400.00 | 40.00 |
| 01-18-22 ECF Notice Cert Copy Removal to Client | 0.1 | 400.00 | 40.00 |
| 01-19-22 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 01-19-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 01-27-22 ECF Notice Answer filed | 0.1 | 400.00 | 40.00 |
| 01-27-22 Review Answer | 0.3 | 400.00 | 120.00 |
| 01-29-22 Draft Certification 16.1 | 0.4 | 400.00 | 160.00 |
| 01-29-22 Draft Joint Scheduling Plan | 1.5 | 400.00 | 600.00 |
| 01-30-22 Draft Initial Disclosures | 0.6 | 400.00 | 240.00 |
| 01-30-22 Draft Demand letter | 0.4 | 400.00 | 160.00 |
| 01-30-22 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 01-30-22 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 01-30-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 01-30-22 Phone call with Client | 0.5 | 400.00 | 200.00 |
| 01-30-22 Revise Demand letter, Initial Disclosures | 0.1 | 400.00 | 40.00 |
| 01-30-22 E-file Cert 16.1 | 0.1 | 400.00 | 40.00 |
| 01-30-22 E-mail to Lauren Solar-Michael Orr | 0.1 | 400.00 | 40.00 |
| 01-30-22 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 01-30-22 Review ECF Notice 16.1 Cert | 0.1 | 400.00 | 40.00 |
| 01-30-22 ECF Notice 16.1 Cert filed | 0.1 | 400.00 | 40.00 |
| 01-31-22 E-mail to Attorney A. Jacobs | 0.1 | 400.00 | 40.00 |
| 02-07-22 ECF Notice State Court Record | 0.1 | 400.00 | 40.00 |
| 02-07-22 Review State Court Record | 0.1 | 400.00 | 40.00 |
| 02-16-22 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 02-18-22 ECF Notice Joint Scheduling Plan | 0.1 | 400.00 | 40.00 |
| 02-18-22 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**W. Jacobs and Associates at Law, L.L.C**
795 Turnpike Street
North Andover, MA 01845

# Invoice

**Invoice #:** 182
**Invoice Date:** 4/3/2024
**Due Date:** 5/3/2024
**Project:** 7-11
**P.O. Number:**

**Bill To:**

Karen Paris

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 02-25-22 E-mail from Michael Orr | 0.1 | 400.00 | 40.00 |
| 02-25-22 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |
| 02-25-22 E-mail from Lauren Solar | 0.1 | 400.00 | 40.00 |
| 03-01-22 Revise Scheduling Plan | 0.2 | 400.00 | 80.00 |
| 03-01-22 Phone call with Client | 0.6 | 400.00 | 240.00 |
| 03-01-22 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |
| 03-01-22 E-mail from Michael Orr | 0.1 | 400.00 | 40.00 |
| 03-02-22 E-file Scheduling Plan | 0.1 | 400.00 | 40.00 |
| 03-02-22 ECF Notice Joint Scheduling Plan | 0.1 | 400.00 | 40.00 |
| 03-07-22 ECF Notice Scheduling Order | 0.1 | 400.00 | 40.00 |
| 03-07-22 Review Scheduling Order | 0.1 | 400.00 | 40.00 |
| 03-11-22 Phone call with Client | 0.3 | 400.00 | 120.00 |
| 03-11-22 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |
| 03-11-22 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 03-11-22 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 03-11-22 Phone call with Michael Orr | 0.1 | 400.00 | 40.00 |
| 03-11-22 Revise initial Discloser | 0.3 | 400.00 | 120.00 |
| 03-11-22 Draft POD | 0.2 | 400.00 | 80.00 |
| 03-11-22 Draft interrogatories | 0.2 | 400.00 | 80.00 |
| 03-11-22 Draft Admissions | 0.2 | 400.00 | 80.00 |
| 03-11-22 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 03-11-22 Compile Initial Request for Production of Documents Federal Court- Mcnelly | 0.6 | 400.00 | 240.00 |
| 03-11-22 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 03-11-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 03-11-22 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 03-11-22 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 03-11-22 E-mail to Michael Orr-Lauren Solar | 0.1 | 400.00 | 40.00 |
| 03-11-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 04-04-22 E-mail from Lauren Solar | 0.1 | 400.00 | 40.00 |
| 04-04-22 Review 7E's initial Discloser | 0.1 | 400.00 | 40.00 |
| 04-04-22 Phone call with Lauren Solar | 0.1 | 400.00 | 40.00 |
| 04-05-22 Phone call with Lauren Solar | 0.1 | 400.00 | 40.00 |
| 04-05-22 Phone call with Lauren Solar | 0.4 | 400.00 | 160.00 |

**Total**

**Payments/Credits**

**Balance Due**

**W. Jacobs and Associates at Law, L.L.C**
795 Turnpike Street
North Andover, MA 01845

# Invoice

| | |
|---|---|
| **Invoice #:** | 182 |
| **Invoice Date:** | 4/3/2024 |
| **Due Date:** | 5/3/2024 |
| **Project:** | 7-11 |
| **P.O. Number:** | |

**Bill To:**

Karen Paris

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 04-05-22 E-mail from Lauren Solar | 0.1 | 400.00 | 40.00 |
| 04-05-22 E-mail to Lauren Solar | 0.1 | 400.00 | 40.00 |
| 04-12-22 E-mail from Lauren Solar | 0.1 | 400.00 | 40.00 |
| 04-12-22 Review response to Admissions 1 | 0.1 | 400.00 | 40.00 |
| 04-12-22 Review response interrogatories 1 | 0.2 | 400.00 | 80.00 |
| 04-12-22 Review response POD 1 | 0.1 | 400.00 | 40.00 |
| 04-21-22 E-mail to Lauren Solar | 0.1 | 400.00 | 40.00 |
| 04-21-22 E-mail to Lauren Solar-Michael Orr | 0.1 | 400.00 | 40.00 |
| 04-21-22 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 04-22-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 04-25-22 E-mail from Michael Orr | 0.1 | 400.00 | 40.00 |
| 04-26-22 Phone call with Client | 0.9 | 400.00 | 360.00 |
| 04-26-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 04-26-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 04-27-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 04-27-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 04-27-22 Review DOJ Disability Access | 0.2 | 400.00 | 80.00 |
| 04-27-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 04-29-22 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 04-29-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 04-29-22 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 04-29-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 04-30-22 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 04-30-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 04-30-22 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 05-06-22 Phone call with Client | 0.2 | 400.00 | 80.00 |
| 05-06-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 05-07-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 05-07-22 Review Other ADA Lawsuit Articles from Client | 0.1 | 400.00 | 40.00 |
| 05-07-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 05-07-22 Review Article Marradi Died from Client | 0.1 | 400.00 | 40.00 |
| 05-07-22 Review Arch Access Board Regs from Client | 0.1 | 400.00 | 40.00 |
| 05-07-22 Review Title III Regs from Client | 0.1 | 400.00 | 40.00 |
| 05-07-22 E-mail from Client | 0.1 | 400.00 | 40.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**W. Jacobs and Associates at Law, L.L.C**
795 Turnpike Street
North Andover, MA 01845

# Invoice

| | |
|---|---|
| **Invoice #:** | 182 |
| **Invoice Date:** | 4/3/2024 |
| **Due Date:** | 5/3/2024 |
| **Project:** | 7-11 |
| **P.O. Number:** | |

**Bill To:**

Karen Paris

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 05-07-22 Review Boston Class Action | 0.1 | 400.00 | 40.00 |
| 05-07-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 05-09-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 05-09-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 05-09-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 05-09-22 Review Article on Jeremy Dubs from Client | 0.1 | 400.00 | 40.00 |
| 05-09-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 05-09-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 05-09-22 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 06-01-22 Phone call with Client | 0.3 | 400.00 | 120.00 |
| 06-01-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 06-01-22 Review Picture Outside Store | 0.1 | 400.00 | 40.00 |
| 06-01-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 06-01-22 Review Picture Outside Store | 0.1 | 400.00 | 40.00 |
| 06-01-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 06-01-22 Review Picture Obstruction HP | 0.1 | 400.00 | 40.00 |
| 06-09-22 E-mail to Lauren Solar-Michael Orr | 0.1 | 400.00 | 40.00 |
| 06-09-22 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 06-09-22 Phone call with Client | 0.2 | 400.00 | 80.00 |
| 06-09-22 Phone call with Michael Orr | 0.1 | 400.00 | 40.00 |
| 06-09-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 06-09-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 06-09-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 06-09-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 06-10-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 06-10-22 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 06-10-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 06-11-22 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 06-12-22 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 06-12-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 06-13-22 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 06-13-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 06-13-22 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 06-13-22 E-mail from Client | 0.1 | 400.00 | 40.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**W. Jacobs and Associates at Law, L.L.C**
795 Turnpike Street
North Andover, MA 01845

# Invoice

| | |
|---|---|
| **Invoice #:** | 182 |
| **Invoice Date:** | 4/3/2024 |
| **Due Date:** | 5/3/2024 |
| **Project:** | 7-11 |
| **P.O. Number:** | |

**Bill To:**

Karen Paris

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 06-13-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 06-13-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 06-13-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 06-13-22 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 06-14-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 06-17-22 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 06-17-22 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 06-17-22 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 06-22-22 E-mail from Michael Orr | 0.1 | 400.00 | 40.00 |
| 06-22-22 Review letter from Michael Orr | 0.1 | 400.00 | 40.00 |
| 06-22-22 Review Request for Production of Documents from Michael Orr | 0.1 | 400.00 | 40.00 |
| 06-22-22 Review Video from Michael Orr | 0.1 | 400.00 | 40.00 |
| 06-29-22 E-mail from Attorney A. Jacobs | 0.1 | 400.00 | 40.00 |
| 06-29-22 Case Law Research | 2.5 | 325.00 | 812.50 |
| Research Fee | | 150.00 | 150.00 |
| 06-29-22 E-mail from Attorney A. Jacobs | 0.1 | 400.00 | 40.00 |
| 06-29-22 E-mail from Attorney A. Jacobs | 0.1 | 400.00 | 40.00 |
| 06-29-22 Review Badger v. 7 Eleven | 0.1 | 400.00 | 40.00 |
| 06-29-22 E-mail from Attorney A. Jacobs | 0.1 | 400.00 | 40.00 |
| 06-29-22 Review Mot Class Cert | 0.1 | 400.00 | 40.00 |
| 06-29-22 Review Mot Class Cert | 0.1 | 400.00 | 40.00 |
| 06-29-22 E-mail to Attorney A. Jacobs | 0.1 | 400.00 | 40.00 |
| 06-29-22 E-mail from Attorney A. Jacobs | 0.1 | 400.00 | 40.00 |
| 06-29-22 Review Badger v. Circle K | 0.2 | 400.00 | 80.00 |
| 06-29-22 Review Badger v. Burger King | 0.2 | 400.00 | 80.00 |
| 08-30-22 E-mail from MCAD | 0.1 | 400.00 | 40.00 |
| 09-09-22 E-mail from MCAD | 0.1 | 400.00 | 40.00 |
| 09-09-22 Complete MCAD With Mcnelly | 0.1 | 400.00 | 40.00 |
| 09-09-22 Complete MCAD With Client | 0.1 | 400.00 | 40.00 |
| 01-10-23 STATUS Conference | 0.5 | 400.00 | 200.00 |
| 01-10-23 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 01-10-23 E-mail from Lauren Solar | 0.1 | 400.00 | 40.00 |
| 01-11-23 Review ECF Notice Pretrial Order | 0.1 | 400.00 | 40.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**W. Jacobs and Associates at Law, L.L.C**
795 Turnpike Street
North Andover, MA 01845

# Invoice

| | |
|---|---|
| **Invoice #:** | 182 |
| **Invoice Date:** | 4/3/2024 |
| **Due Date:** | 5/3/2024 |
| **Project:** | 7-11 |
| **P.O. Number:** | |

**Bill To:**

Karen Paris

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 01-11-23 Review Pretrial Order | 0.1 | 400.00 | 40.00 |
| 01-11-23 Review ECF Status conference Order | 0.1 | 400.00 | 40.00 |
| 01-12-23 Review ECF Notice NOA Michael Orr | 0.1 | 400.00 | 40.00 |
| 01-12-23 Review NOA Michael Orr | 0.1 | 400.00 | 40.00 |
| 01-12-23 Review ECF Notice PHV | 0.1 | 400.00 | 40.00 |
| 01-12-23 Review ECF Notice Mot PHV | 0.1 | 400.00 | 40.00 |
| 01-12-23 Review Mot PHV | 0.1 | 400.00 | 40.00 |
| 01-19-23 E-mail from Phoebe Weissblum | 0.1 | 400.00 | 40.00 |
| 01-24-23 E-mail from Lauren Solar | 0.1 | 400.00 | 40.00 |
| 01-25-23 E-mail from Michael Orr | 0.1 | 400.00 | 40.00 |
| 01-25-23 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |
| 01-25-23 E-mail from Michael Orr | 0.1 | 400.00 | 40.00 |
| 01-26-23 Phone call with Lauren Solar | 0.1 | 400.00 | 40.00 |
| 01-26-23 Phone call with Lauren Solar | 0.1 | 400.00 | 40.00 |
| 01-26-23 Phone call with Lauren Solar | 0.1 | 400.00 | 40.00 |
| 01-26-23 Phone call with Lauren Solar | 0.1 | 400.00 | 40.00 |
| 01-26-23 E-mail from Lauren Solar | 0.1 | 400.00 | 40.00 |
| 01-27-23 E-mail to Lauren Solar | 0.1 | 400.00 | 40.00 |
| 01-27-23 E-mail from Michael Orr | 0.1 | 400.00 | 40.00 |
| 01-27-23 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |
| 01-27-23 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |
| 01-27-23 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 01-27-23 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 01-27-23 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 01-27-23 Phone call with Lauren Solar | 0.1 | 400.00 | 40.00 |
| 01-31-23 E-mail from Funding | 0.1 | 400.00 | 40.00 |
| 02-01-23 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 02-02-23 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 02-02-23 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 02-02-23 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 02-02-23 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 02-02-23 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |
| 02-03-23 E-mail from Phoebe Weissblum | 0.1 | 400.00 | 40.00 |
| 02-03-23 E-mail from Michael Orr | 0.1 | 400.00 | 40.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**W. Jacobs and Associates at Law, L.L.C**
795 Turnpike Street
North Andover, MA 01845

# Invoice

| | |
|---:|:---|
| **Invoice #:** | 182 |
| **Invoice Date:** | 4/3/2024 |
| **Due Date:** | 5/3/2024 |
| **Project:** | 7-11 |
| **P.O. Number:** | |

**Bill To:**

Karen Paris

| Description | Hours/Qty | Rate | Amount |
|:---|---:|---:|---:|
| 02-03-23 Review Depo Notice | 0.1 | 400.00 | 40.00 |
| 02-03-23 E-mail from Michael Orr | 0.1 | 400.00 | 40.00 |
| 02-06-23 E-mail from Lauren Solar | 0.1 | 400.00 | 40.00 |
| 02-06-23 E-mail to Lauren Solar | 0.1 | 400.00 | 40.00 |
| 02-06-23 E-mail from Lauren Solar | 0.1 | 400.00 | 40.00 |
| 02-16-23 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |
| 02-16-23 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 02-21-23 Depo Client | 1.8 | 400.00 | 720.00 |
| 02-21-23 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 04-14-23 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 04-14-23 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 04-14-23 Zoom conference re Pretrial memo Attorney A. Jacobs | 0.3 | 325.00 | 97.50 |
| 04-14-23 Review ECF Notice Reschedule Pretrial Conference | 0.1 | 400.00 | 40.00 |
| 04-14-23 Phone call with Client | 0.2 | 400.00 | 80.00 |
| 04-17-23 Draft Pretrial Memo | 1.1 | 400.00 | 440.00 |
| 04-17-23 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 04-17-23 Review statutes | 0.5 | 400.00 | 200.00 |
| 04-17-23 Phone call with Client | 0.4 | 400.00 | 160.00 |
| 04-17-23 Revise Pretrial memo | 0.2 | 400.00 | 80.00 |
| 04-17-23 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 04-17-23 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 04-17-23 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 04-17-23 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 04-17-23 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 04-17-23 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 04-17-23 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 04-17-23 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 04-17-23 Revise Pretrial memo | 0.3 | 400.00 | 120.00 |
| 04-18-23 Complete Pretrial memo | 0.5 | 400.00 | 200.00 |
| 04-18-23 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 04-19-23 Complete Pretrial memo | 0.1 | 400.00 | 40.00 |
| 04-19-23 E-file Pretrial memo | 0.1 | 400.00 | 40.00 |
| 04-18-23 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |
| 04-18-23 E-mail from Michael Orr | 0.1 | 400.00 | 40.00 |

| | |
|:---|:---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**W. Jacobs and Associates at Law, L.L.C**
795 Turnpike Street
North Andover, MA 01845

# Invoice

| | |
|---:|:---|
| **Invoice #:** | 182 |
| **Invoice Date:** | 4/3/2024 |
| **Due Date:** | 5/3/2024 |
| **Project:** | 7-11 |
| **P.O. Number:** | |

**Bill To:**

Karen Paris

| Description | Hours/Qty | Rate | Amount |
|---|---:|---:|---:|
| 04-18-23 Phone call with Client | 0.2 | 400.00 | 80.00 |
| 04-19-23 Court Zoom Conference Atty. A. Jacobs | 0.4 | 325.00 | 130.00 |
| 04-19-23 E-file Joint Pretrial memo | 0.1 | 400.00 | 40.00 |
| 04-19-23 Review ECF Joint Pretrial memo | 0.1 | 400.00 | 40.00 |
| 04-19-23 Review Joint Pretrial memo filed | 0.1 | 400.00 | 40.00 |
| 04-24-23 Draft Trial Brief | 1.9 | 400.00 | 760.00 |
| 04-24-23 E-mail from Lauren Solar | 0.1 | 400.00 | 40.00 |
| 04-24-23 Phone call with Lauren Solar | 0.1 | 400.00 | 40.00 |
| 04-24-23 Phone call with Lauren Solar | 0.1 | 400.00 | 40.00 |
| 04-24-23 Prepare Exhibits | 1 | 400.00 | 400.00 |
| 04-24-23 Review ECF Proposed Voir Dire | 0.1 | 400.00 | 40.00 |
| 04-24-23 Review Proposed Voir Dire | 0.1 | 400.00 | 40.00 |
| 04-24-23 Draft Limited opposition Proposed Voir Dire | 0.4 | 400.00 | 160.00 |
| 04-24-23 Review ECF Proposed Jury Instructions | 0.1 | 400.00 | 40.00 |
| 04-24-23 Review Proposed Jury Instructions | 0.1 | 400.00 | 40.00 |
| 04-24-23 Review ECF D's Brief | 0.1 | 400.00 | 40.00 |
| 04-24-23 Review D's Brief | 0.1 | 400.00 | 40.00 |
| 04-24-23 Draft Jury Instructions | 2.2 | 400.00 | 880.00 |
| 04-24-23 Draft Brief | 3.25 | 400.00 | 1,300.00 |
| 04-24-23 E-file Jury instructions, Voir Dire, Trial Brief | 0.1 | 400.00 | 40.00 |
| 04-24-23 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 04-24-23 Review ECF Plaintiff's Trial Brief | 0.1 | 400.00 | 40.00 |
| 04-24-23 Review Plaintiff's Trial Brief | 0.1 | 400.00 | 40.00 |
| 04-24-23 Review ECF Plaintiff's Jury instructions | 0.1 | 400.00 | 40.00 |
| 04-24-23 Review Plaintiff's Jury instructions | 0.1 | 400.00 | 40.00 |
| 04-24-12 Review ECF Plaintiff's Limited opposition D's Voir Dire | 0.1 | 400.00 | 40.00 |
| 04-24-23 Review Plaintiff's Limited opposition D's Voir Dire | 0.1 | 400.00 | 40.00 |
| 04-25-23 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 04-25-23 Trial conference Hearing | 3 | 400.00 | 1,200.00 |
| 04-25-23 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 04-26-23 Phone call with Michael Orr | 0.1 | 400.00 | 40.00 |
| 04-27-23 Phone call with Michael Orr | 0.1 | 400.00 | 40.00 |
| 04-27-23 Phone call with Michael Orr | 0.1 | 400.00 | 40.00 |
| 04-27-23 Phone call with Michael Orr | 0.1 | 400.00 | 40.00 |

**Total**

**Payments/Credits**

**Balance Due**

**W. Jacobs and Associates at Law, L.L.C**
795 Turnpike Street
North Andover, MA 01845

# Invoice

|  |  |
|---|---|
| **Invoice #:** | 182 |
| **Invoice Date:** | 4/3/2024 |
| **Due Date:** | 5/3/2024 |
| **Project:** | 7-11 |
| **P.O. Number:** | |

**Bill To:**

Karen Paris

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 04-28-23 E-mail from Clerk | 0.1 | 400.00 | 40.00 |
| 04-28-23 Review Jury instructions | 0.1 | 400.00 | 40.00 |
| 04-28-23 Review General instructions | 0.1 | 400.00 | 40.00 |
| 04-28-23 Review Court Voir Dire | 0.1 | 400.00 | 40.00 |
| 04-30-23 E-mail from Michael Orr | 0.1 | 400.00 | 40.00 |
| 04-30-23 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 04-30-23 Phone call with Client | 0.2 | 400.00 | 80.00 |
| 04-30-23 Draft Paris Trial Testimony | 2.7 | 400.00 | 1,080.00 |
| 05-01-23 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 05-01-23 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 05-01-23 Trial Day 1 Attorney W. Jacobs | 6.4 | 400.00 | 2,560.00 |
| 05-01-23 Trial Day 1 Attorney A. Jacobs | 6.4 | 325.00 | 2,080.00 |
| 05-01-23 Review Paris Testimony | 1.7 | 400.00 | 680.00 |
| 05-01-23 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 05-01-23 E-mail from Clerk | 0.1 | 400.00 | 40.00 |
| 05-01-23 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 05-01-23 Phone call with Attorney A. Jacobs | 0.1 | 400.00 | 40.00 |
| 05-01-23 Phone call with Attorney A. Jacobs | 0.1 | 400.00 | 40.00 |
| 05-01-23 Review Jury instructions | 0.6 | 400.00 | 240.00 |
| 05-01-23 Prep Exhibit Books | 1.2 | 400.00 | 480.00 |
| 05-01-23 E-mail to Attorney A. Jacobs | 0.1 | 400.00 | 40.00 |
| 05-01-23 Attorney A. Jacobs Case law research | 1.3 | 325.00 | 422.50 |
| 05-02-23 Trail Day 2 Attorney A. Jacobs | 3.5 | 325.00 | 1,137.50 |
| 05-02-23 Trial Day 2 Walter Jacobs | 7 | 400.00 | 2,800.00 |
| 05-02-23 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 05-03-23 Review case law | 1.7 | 400.00 | 680.00 |
| 05-03-23 Trial Day 3 Attorney A. Jacobs | 4.5 | 325.00 | 1,462.50 |
| 05-03-23 Trial Day 3 Walter Jacobs | 9.7 | 400.00 | 3,880.00 |
| 05-03-23 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 05-03-23 E-mail to Attorney A. Jacobs | 0.1 | 400.00 | 40.00 |
| 05-03-23 E-mail to Attorney A. Jacobs | 0.1 | 400.00 | 40.00 |
| 05-04-23 ECF Notice Jury Trial Completed | 0.1 | 400.00 | 40.00 |
| 05-04-23 ECF Notice Jury Verdict | 0.1 | 400.00 | 40.00 |
| 05-04-23 Review Jury Verdict | 0.1 | 400.00 | 40.00 |

**Total**

**Payments/Credits**

**Balance Due**

**W. Jacobs and Associates at Law, L.L.C**
795 Turnpike Street
North Andover, MA 01845

# Invoice

| | |
|---|---|
| **Invoice #:** | 182 |
| **Invoice Date:** | 4/3/2024 |
| **Due Date:** | 5/3/2024 |
| **Project:** | 7-11 |
| **P.O. Number:** | |

**Bill To:**

Karen Paris

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 05-04-23 ECF Notice Exhibit List | 0.1 | 400.00 | 40.00 |
| 05-04-23 Review Exhibit List | 0.1 | 400.00 | 40.00 |
| 05-12-23 E-mail from Michael Orr | 0.1 | 400.00 | 40.00 |
| 05-26-23 ECF Notice Mot JNOV | 0.1 | 400.00 | 40.00 |
| 05-27-23 Review Mot JNOV | 0.3 | 400.00 | 120.00 |
| 05-30-23 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 05-30-23 Draft opposition Mot JNOV-Memo of Law | 9.6 | 400.00 | 3,840.00 |
| 05-30-23 E-mail from Client | 0.1 | 400.00 | 40.00 |
| 05-30-23 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 05-30-23 Phone call with Attorney A. Jacobs | 0.5 | 400.00 | 200.00 |
| 06-04-23 E-mail from Steno | 0.1 | 400.00 | 40.00 |
| 06-06-23 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 06-09-23 Complete opposition Mot JNOV | 3.9 | 400.00 | 1,560.00 |
| 06-09-23 E-file opposition Mot JNOV | 0.1 | 400.00 | 40.00 |
| 06-09-23 ECF Notice opposition Mot JNOV | 0.1 | 400.00 | 40.00 |
| 06-09-23 Review opposition Mot JNOV filed | 0.1 | 400.00 | 40.00 |
| 06-09-23 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 06-09-23 E-mail to Attorney A. Jacobs | 0.1 | 400.00 | 40.00 |
| 06-09-23 E-mail to Attorney A. Jacobs | 0.1 | 400.00 | 40.00 |
| 06-09-23 Phone call with Client | 0.2 | 400.00 | 80.00 |
| 06-09-23 E-mail to Michael Orr | 0.1 | 400.00 | 40.00 |
| 06-10-23 Draft Fee Pet-Affidavit | 1.1 | 400.00 | 440.00 |
| 03-26-24 Review ECF Memo-Decision | 0.1 | 400.00 | 40.00 |
| 03-26-24 Review Memo & Decision | 0.4 | 400.00 | 160.00 |
| 03-26-24 E-mail to Client | 0.1 | 400.00 | 40.00 |
| 03-26-24 Phone call with Client | 0.1 | 400.00 | 40.00 |
| 03-30-24 Draft Mot Fees | 1.5 | 400.00 | 600.00 |
| 03-31-24 Draft memo of law Mot Fees | 2 | 400.00 | 800.00 |
| 04-01-24 Review ECF Judgment | 0.1 | 400.00 | 40.00 |
| 04-01-24 Review Judgment | 0.1 | 400.00 | 40.00 |

| | |
|---|---|
| **Total** | $69,748.37 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $69,748.37 |